*granted*
*PC*
*5-11-15*

## IN THE
## COURT OF COURT OF CRIMINAL APPEALS OF TEXAS

### No. PD-1341-14

FILED IN
COURT OF CRIMINAL APPEALS

May 11, 2015

ABEL ACOSTA, CLERK

### STACY STINE CARY, Appellant

### v.

### THE STATE OF TEXAS, Appellee

On Appeal from the Court of Appeals, Fifth District of Texas at Dallas
Court of Appeals No. 05-12-01421-CR

## APPELLANT'S UNOPPOSED MOTION TO EXTEND
## TIME TO FILE APPELLANT'S BRIEF BY FOUR DAYS

Appellant Stacy Stine Cary respectfully moves for an extension of time to file her Appellant's Brief by four (4) days. In support of this motion, she would respectfully show as follows:

1.      The deadline for filing the Appellant's Brief is Monday, May 11, 2015.

2.      Appellant seeks a four-day extension until Friday, May 15, 2015.

3.      An extension is necessary because of appellate counsel's schedule, the complexity of the facts and issues, and the fact that the Fifth Court of Appeals has now issued an opinion in the related case of *David Cary v. State of Texas*, No. 05-

Unopposed Motion for Extension of Time--Page 1

13-01010-CR. Specifically, in the last two weeks, appellate counsel has had to prepare for/attend multiple contested evidentiary hearings and has a highly contested sentencing in federal court that will involve both fact and expert testimony and out-of-town witnesses. In the *David Cary* case, the Dallas Court of Appeals reversed the appellant's conviction, and this opinion needs to be addressed in the initial brief. The four-day extension that counsel has requested will also allow enough time for the Appellant and her husband to review the appellant's brief and to give input to counsel concerning the trial record. **APPELLEE, THE STATE OF TEXAS, DOES NOT OPPOSE THIS REQUESTED EXTENSION.**

4. Ms. Cary previously made an unopposed request for an extension of thirty (30) days, but the Court granted an extension of seventeen (17) days. *Ms. Cary will not seek a further extension of time for this appellant's brief if this request is granted.*

Respectfully submitted,


_____/s/ John M. Helms_____
John M. Helms
Texas Bar No. 09401001
BRODEN, MICKELSEN, HELMS &
SNIPES, LLP
2600 State Street
Dallas, Tx 75204
Tel: (469) 951-8496
Fax: (214) 720-9594
john@johnhelmslaw.com

ATTORNEY FOR APPELLANT,
STACY STINE CARY

## CERTIFICATE OF CONFERENCE

Undersigned counsel has conferred with Joseph Corcoran, counsel for Appellee, the State of Texas, and the Appellee does not oppose this motion.

_____/s/ John M. Helms_____
John M. Helms


## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of this instrument has been served on counsel of record on May 11, 2015, as follows:

Joseph Corcoran
Assistant Attorney General
P.O. Box 12548
Capitol Station
Austin, TX 78711
* DELIVERED VIA E-MAIL *

_____/s/ John M. Helms_____
John M. Helms